**PRUETZ LAW GROUP LLP**
Adrian M. Pruetz (Bar No. 118215)
ampruetz@pruetzlaw.com
Charles C. Koole (Bar No. 259997)
cckoole@pruetzlaw.com
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California 90245
Telephone:  (310) 765-7650
Facsimile:   (310) 765-7641

JS-6

Attorneys for Petitioner
Intrado Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Intrado Inc.,<br><br>    Petitioner,<br><br> v.<br><br>AT&T Mobility LLC,<br><br>    Respondent. | Case No.  CV11-5322 R (FMOx)<br><br>**JUDGMENT**<br><br>Date: August 8, 2011<br>Time: 10:00 am<br>Place: 312 N. Spring Street,<br>    Courtroom 8 |

  Pursuant to Intrado Inc.'s Petition to Confirm Arbitration Award and supporting papers, AT&T Mobility LLC's Statement of Non-Opposition, and the parties' Joint Request to 1) Confirm Arbitration Panel Opinion and Final Award and Enter Proposed Order and Judgment on Intrado Inc.'s Unopposed Petition to Confirm Arbitration Award and 2) Take Hearing on Intrado Inc's Unopposed Petition to Confirm Arbitration Award Off-Calendar, the Court granted the Petition; and therefore:

  IT IS ORDERED, ADJUDGED AND DECREED THAT judgment is entered in favor of Intrado Inc. and against AT&T:

(1) The Arbitration Panel Opinion and Final Award rendered on November 10, 2010 in the Matter of the Arbitration between AT&T and Intrado is confirmed in its entirety; and

(2) AT&T's claims against Intrado are dismissed in their entirety, with prejudice.

DATED: _August 8, 2011__  _____

Honorable Manuel L. Real
United States District Court Judge